# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JAN 11 P 1: 29

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

_Sandra K Murray_

_3627 S. Kinnic Kinnic Ave 212_

_St Francis  53235_

v.

Case Number **17-C-0046**

(Full name of defendant(s))

_Michael Mishlove_

_1845 N. Farwell Ave, Suite 209_

_Milwaukee  53202_

_____

(to be supplied by Clerk of Court)

---

A. **PARTIES**

1.  Plaintiff is a citizen of ___WISCONSIN___ and resides at
    (State)

    _3627 S. Kinnic Kinnic Ave 212 St. Francis 53235_
    (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant _Michael Mishlove_
    (Name)

is (if a person or private corporation) a citizen of _____

and (if a person) resides at <u>1845 N. Farwell Ave Suite 209 Milwaukee 53202</u>

<span style="float:right">(State, if known)</span>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>**Maysteel LLC**</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Atty Michael Mishlove claimed I filed frivulous matter on January 14, 2008 at Maysteel. Keep me from appealing on medication to control seizures after a cranotomy surgery ADA

## C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Refund $50 sanction on frivulous decision

Sue Atty Michael Mislove for tampering with evidences

$10,000 Also I was laid-off without pay $500

My raises were 22 cents every 6 mos. While

Co-workers received 50 cent annual

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES         ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____11_____ day of __January__ 20_17_.

Respectfully Submitted,

_Sancha K Murray_
Signature of Plaintiff

_414-810-1436_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_3627 S. Kinnic Kinnic Ave 212_

_St Francis    53235_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.